US | Worldwide

**PRODUCTS**   **NEWS AND REVIEWS**   **DEMOS**   **GAMES AND COOL STUFF**   **HOME**



SHOP     SAFETY     FAQS     CONTACT US     COMPANY INFO

© The Maya Group 2010   Terms and Conditions   Privacy Notice