Exhibit 3

Print Page    Email A Friend

## Xploderz Night Fighterz Gen-700 Blaster

By: The Maya Group

2   Tweet



Roll over image to zoom    **Larger image**

Share your own images

**Ships FREE with a purchase of $79 or more!**

Eligible for **FREE 2-Day Shipping** & Free Return Shipping by ShopRunner learn more | sign in

**See more Special Offers below**

**Shipping:**
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Product is available for shipping internationally. - (details)

2.0   (2 reviews)

Rate and Review this Item    Read **2** Customer Reviews
Ask a Question    **0** Questions

**Our Recommended Age:** 9 years and up (details)
Manufacturer's Age: 9 years and up

List Price: $24.99
**Our Price: $17.49**

Quantity: [1]

- Ship-To-Home
- Free Ship-To-Store
- Free Store Pickup Today: **Select a store**



This item qualifies for FREE Standard Shipping with eligible toys purchase of $79 or more. -

Free Standard Shipping on ANY toys purchase of $79 or more. Exclusions apply. - Free Shipping (Details)

Eligible for FREE 2-Day Shipping (Learn More | Sign In)

The Xploderz Night Fighterz Gen-700 Blaster offers you plenty of ammo and distance to help prepare you for a fun and exciting battle! The Gen-700 uses regular and glow ammo, assisting both your day and night battles, and it illuminates on command to assist you in the dark. This blaster is great for mid- to long-range battles, and it includes an Xploderz ammo clip with 75 ready-to-fire tracer rounds that fire up to 85'. The blaster uses ammo that is strong enough to shoot far distances and soft enough to disintegrate on impact, making this blaster fun and safe to use. Includes a 250-capacity ammo depot and 700 rounds of tracer ammo refills, allowing you to grow your own ammo and quicklyreload.

- Fast-loading action
- Illuminates on command to assist you in the dark
- Uses regular and glow ammo for both your day and night battles
- Great for mid- to long-range battles
- Xploderz ammo clip holds 75 ready-to-fire tracer rounds that fire up to 85'
- Includes a 250-capacity ammo depot and 700 rounds of tracer ammo refills, allowing you to grow your own ammo



## Features

**Product Description** More ammo and more distance! Xploderz® creates ammo strong enough to shoot huge distances, yet soft enough to disintegrate on impact. The Xploderz Night Fighterz Gen-700 blaster is the Xploderz you can use at night, illuminating on command so you can play in the dark. The Gen-700 uses regular and glow ammo, allowing for combat in day or night. Ideal for mid- to long-range combat, it fires up to 85 feet and includes an Xploderz Ammo Clip with 75 ready-to-fire tracer rounds for instant fun. With a 250-capacity ammo depot and 700 rounds of tracer ammo refills, you can grow your own ammo and quickly reload.

The Xploderz Night Fighterz Gen-700 includes:
- 1 Night Fighterz Gen-700 blaster
- 1 Xploderz Ammo Clip
- 1 Mini ammo depot (250 round capacity)
- 700 Xploderz Tracer Ammo

**Night combat**

Prepare yourself for night combat with the Xploderz Night Fighterz Gen-700 Blaster, which illuminates on command and allows you to play in the dark.

**Ready for battle**

This blaster is great for mid- to long-range battles. It includes an Xploderz ammo clip with 75 ready-to-fire tracer rounds that fire up to 85'.

**Regular and glow ammo**

The Gen-700 uses regular and glow ammo. This ammo is soft enough to disintegrate on impact, making it fun and safe to use.

**Grow your ammo**

Grow your own ammo! The blaster comes with a 250-capacity depot and 700 rounds of tracer ammo refills, allowing you to grow your own ammo and quickly reload.



( reviews)

Sort by: Newest



The QC from Wilmington De

About Me **Parent Of Two Or More Children, Stay At Home Parent**

1.0 looks cool, poor performance

| PROS | CONS | BEST USES |
|---|---|---|
| Attractive Design | Boring | Backyard |
| Durable | Poor Design | Group Play |
| Easy to Use | Poor Performance | Individual Play |

4/12/2013

**Comments about** *Xploderz Night Fighterz Gen-700 Blaster*:

I think this one may be defective not sure but it only shoots @ 15ft. tops.

**WAS THIS A GIFT?:** Yes

**BOTTOM LINE** No, I would not recommend this to a friend

*Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**

Comment on this review 

---

By **mom of an energetic and impatient child**
from **Parma, OH**

About Me **Education Oriented, Parent Of Two Or More Children, Stay At Home Parent**

(**3 of 5** customers found this review helpful)

3.0 **ADHD wait time seems like an eternity**

| PROS | CONS | BEST USES |
|---|---|---|
| Attractive Design | Time To Grow Ammo | Group Play |
| Durable | | Physical Activity |

10/31/2012

**Comments about** *Xploderz Night Fighterz Gen-700 Blaster*:

My son won this by selling popcorn for cub scouts. The only issue, other than it is a gun, that I have is that when you run out of ammo and you need to make more (which is cool), it takes 4 hours to make more. And, if it dehydrates or is sticky before they go to play, you have to rehydrate again for 45 mins, which to a child with adhd or impatience issues is like an eternity. It is cool that the ammo disintegrates when it hits stuff, so there is very little mess to clean up and the glow in the dark feature makes it fun for them to take into the dark basement and have a blast. Maybe it will be the next big thing like lazer tag! wish the ammo refills were not so expensive, too.

**WAS THIS A GIFT?:** No

**BOTTOM LINE** Yes, I would recommend this to a friend

*Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**

Comment on this review

Displaying reviews **1-2** Back to top

Xploderz Night Fighterz Gen-1000 Blaster - The Maya Gr...     http://www.toysrus.com/product/index.jsp?productId=132...



Roll over image to zoom          **Larger image**

Share your own images

## Xploderz Night Fighterz Gen-1000 Blaster

By: The Maya Group

6    Tweet

 **Ships FREE with a purchase of $79 or more!**

Eligible for **FREE 2-Day Shipping** & Free Return Shipping by ShopRunner learn more | sign in

**See more Special Offers below**

**Shipping:**
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Product is available for shipping internationally. - (details)

4.5    (2 reviews)

Rate and Review this Item    Read 2 Customer Reviews
Ask a Question    0 Questions

**Our Recommended Age:** 9 years and up (details)
Manufacturer's Age: 9 years and up

Print Page     Email A Friend

List Price: $29.99
**Our Price: $20.99**

Quantity: [1]

- Ship-To-Home
- Free Ship-To-Store
- Free Store Pickup Today: Select a store



---

 This item qualifies for FREE Standard Shipping with eligible toys purchase of $79 or more. -

 Free Standard Shipping on ANY toys purchase of $79 or more. Exclusions apply. - Free Shipping (Details)

 Eligible for FREE 2-Day Shipping (Learn More | Sign In)

Take on the night with the Xploderz Night Fighterz Gen-1000 Blaster,which offers you plenty of ammo and distance to help prepare you for a fun and exciting battle! The Gen-1000 uses regular and glow ammo,assisting both your day and night battles, and it illuminates on command to assist you in the dark. This blaster is great for mid- to long-range battles and features a scope for long-range firing. It includes an Xploderz ammo clip with 75 ready-to-fire tracer rounds and fires up to 95'. The blaster uses ammo that is strong enough to shoot far distances and soft enough to disintegrate on impact, making this blaster fun and safe to use. Includes a 500-capacity ammo depot and 1,000 rounds of tracer ammo refills, allowing you to grow your own ammo and quickly reload.

- Fast-loading action
- Illuminates on command to assist you in the dark
- Uses regular and glow ammo for both your day and night battles
- Great for mid- to long-range battles
- Xploderz ammo clip holds 75 ready-to-fire tracer rounds that fire up to 95'
- Includes a scope for long-range firing
- Includes a 500-capacity ammo depot and 1,000 rounds of tracer ammo refills, allowing you to grow your own ammo



### Features

**Product Description** More ammo and more distance! Xploderz® creates ammo strong enough to shoot huge distances, yet soft enough to disintegrate on impact. The Xploderz Night Fighterz Gen-1000 blaster is the Xploderz you can use at night, illuminating on command so you can play in the dark. The Gen-1000 uses regular and glow ammo, allowing for combat in day or night. Ideal for long-range combat, it fires up to 95 feet and includes a scope for long-range firing. It also contains an Xploderz Ammo Clip with 75 ready-to-fire tracer rounds for instant fun. With a 500-capacity ammo depot and 1000 rounds of tracer ammo refills, you can grow your own ammo and quickly reload.

The Xploderz Night Fighterz Gen-1000 includes:
- 1 Night Fighterz Gen-1000 blaster
- 1 Scope
- 1 Xploderz Ammo Clip
- 1 Ammo depot (250 round capacity)
- 1000 Xploderz Tracer Ammo

**Night combat**

Prepare yourself for night combat with the Xploderz Night Fighterz Gen-1000 Blaster, which illuminates on command and allow you to play in the dark.

**Ready for battle**

This blaster is great for mid- to long-range battles. It includes a scope for long-range firing and an Xploderz ammo clip with 75 ready-to-fire tracer rounds that fire up to 95'.



**Regular and glow ammo**

The Gen-1000 blaster uses regular and glow ammo, assisting both your day and night battles. This ammo is soft enough to disintegrate on impact, making it fun and safe to use.

**Grow your own ammo**

Grow your own ammo! The blaster comes with a 500-capacity ammo depot and 1,000 rounds of tracer ammo refills, allowing you to grow your own ammo and quickly reload.

Reviewed by 2 customers

Sort by  Newest

Displaying reviews **1-2**  Back to top

| By **blah blah** | 4.0  **pretty cool** | | 1/26/2013 |
|---|---|---|---|
| from port hadlock wa | | | |
| About Me **Parent Of Two Or More Children** | **PROS** <br> Durable <br> Easy to Use <br> Fun | **CONS** | **BEST USES** <br> Backyard <br> Group Play <br> Individual Play <br> Older Children <br> Park |

**Comments about** *Xploderz Night Fighterz Gen-1000 Blaster*:

my kids love this toy same with the husband. only problem I find is that it can leave welts on people if you shoot each other with and messy clean up inside but other than that pretty freaking awesome

**WAS THIS A GIFT?:** Yes

**BOTTOM LINE** Yes, I would recommend this to a friend

Was this review helpful? **Yes** / **No** - You may also **report this review as inappropriate.**

Comment on this review

| By **dab** | (**3 of 5** customers found this review helpful) | | 11/25/2012 |
|---|---|---|---|
| from Miami,FL | 5.0  **best ever** | | |
| | **PROS** <br> Attractive Design <br> Durable <br> Easy Assembly <br> Hours of Fun <br> Sturdy <br> Weather Resistant | **CONS** <br> NONE | **BEST USES** <br> Group Play <br> Individual Play <br> Older Children <br> Small Children |

**Comments about** *Xploderz Night Fighterz Gen-1000 Blaster*:

best