Exhibit 4





## Xploderz Night Fighterz Gen 700

★☆☆☆☆ ▼   (1 Customer Review)   Write a review   |

| Buy from Walmart | Shipping & Pickup |
|---|---|
| **Online**<br>**$22.**⁹⁷ | **Out of stock online**<br>**Free store pickup** with **site to store**<br>– not available in **Bedford**  [Check More Stores] |
| **Also in stores** | Not carried in your local **Bedford** store. |

Product availability, styles, promotions and prices may vary between stores and online.

**GIFTING NOTE:** This item ships in the manufacturer's original packaging. If intended as a gift, the packaging may reveal the contents.

### Item Description

⚠ **WARNING: CHOKING HAZARD**–This toy is or contains a small ball. Not for children under 3 yrs.

The Xploderz Night Fighterz Gen 700 illuminates on command so kids can play day or night. This Xploderz blaster uses regular and glow ammo, and fires up to 85 feet.

**Xploderz Night Fighterz Gen 700:**
- Illuminates on command
- Uses regular and glow ammo
- Fires up to 85'
- Soft impact
- Requires 3 AAA batteries (not included)

### Specifications                                            Top of Page

| | |
|---|---|
| Age End: | and up |
| Age Start: | 8 Years |
| Primary Color: | Green |
| Battery Type: | Lithium Ion |
| Multi Pack Indicator: | No |
| Model No.: | 46510 |
| Shipping Weight (in pounds): | 1.5 |
| Product in Inches (L x W x H): | 3.0 x 15.0 x 9.0 |



**Sponsored Links** (What's this?)

[See Similar]