Exhibit 5

Kindle fire HD From $199 ▸Shop now

Join Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by **Department** | **Search** Toys & Games | Night Fighterz | **Go** | Hello. **Sign in** Your Account | Join Prime | **0** Cart

**Toys & Games** | Best Sellers | New Releases | Preschool Toys | Boys' Toys | Girls' Toys | Games & Puzzles | Hobby, Models & Trains | Toys Outlet | Kids' Birthdays



# Night Fighterz Gen -700

by Xploderz

(3 customer reviews)

List Price: $24.99
Price: **$22.10** & **FREE Shipping** on orders over $25. Details
You Save: $2.89 (12%)

## In Stock.

Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it Monday, May 13?** Order within **8 hrs 38 mins** and choose **One-Day Shipping** at checkout. Details

- Includes 1 Night Fighterz Gen-700
- 1 Xploderz ammo clip
- 1 Mini Ammo Depot (250 round capacity)
- 700 rounds of Night Fighterz tracer ammo
- Compatible with Xploderz and Night Fighterz ammo

**12 new** from $11.50
**2 collectible** from $10.00

Share

Quantity: [ 1 ▼ ]

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

**or**
**Sign in** to turn on 1-Click ordering.

**More Buying Choices**

Myvisionboard LLC
$21.90 & **FREE Shipping** on orders over $25. Details

Vamo Stock
$24.99 & **FREE Shipping** on orders over $25. Details

TOYSCAMP
$24.99 & **FREE Shipping** on orders over $25. Details

**14 used & new** from $10.00

Have one to sell?



**Find the Perfect Gift for Your Kid**
Join Amazon Kids' Birthdays to get personalized gift ideas and create a Birthday Gift List that you can share with your Family and Friends. Learn more

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**$3500 for 90 days rehab** - "One of the best in the nation" Comprehensive addiction treatment    www.coldcanyonrecovery.com/

See a problem with these advertisements? Let us know

Case 1:13-cv-09227-LM   Document 1-5   Filed 05/13/13   Page 3 of 4

**Sponsored Content**



Join Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

kindle fire HD From $199 ▸Shop now

Shop by **Department**

**Search**   Toys & Games   Night Fighterz   **Go**

Hello. **Sign in** Your Account

Join **Prime**

**0** Cart

**Toys & Games**   Best Sellers   New Releases   Preschool Toys   Boys' Toys   Girls' Toys   Games & Puzzles   Hobby, Models & Trains   Toys Outlet   Kids' Birthdays

# Night Fighterz Gen -1000

by Xploderz

(8 customer reviews)

List Price: ~~$39.99~~

Price: **$29.99** & **FREE Shipping**. Details

You Save: $10.00 (25%)

**In Stock.**

Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it Monday, May 13?** Order within **5 hrs 48 mins** and choose **One-Day Shipping** at checkout. Details

- Includes 1 Night Fighterz Gen-1000 with scope
- 1 Xploderz ammo clip
- 1 Ammo Depot (500 round capacity)
- 1000 rounds of Night Fighterz tracer ammo
- Compatible with Xploderz and Night Fighterz ammo

**15 new** from $20.99
**2 collectible** from $15.00

**Share**

Quantity: 1

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

**or**

**Sign in** to turn on 1-Click ordering.

**More Buying Choices**

Jimmywarhorse Products LLC
$25.00 + $5.99 shipping

RJ Quality Products
$20.99 + $12.35 shipping

Elite Toy Shop
$28.88 + $5.99 shipping

**17 used & new** from $15.00

Have one to sell?

## Up to 50% Off Select Toys and Games

You can find savings of up to 50% on select items in the Toys & Games Outlet, featuring top brands like Mattel, Hasbro, and more. See more

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)



**Breakfast Shake** ⬈   -   Slow going after a long **night** out? Get a boost this morning with BFast   www.bfastshake.com/



**Sponsored Content**

Join Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help      kindle fire HD From $199 ▸Shop now

Shop by **Department**    **Search**   Toys & Games   | Night Fighterz |   **Go**   Hello. **Sign in** Your Account   Join **Prime**   **0** Cart

**Toys & Games**   Best Sellers   New Releases   Preschool Toys   Boys' Toys   Girls' Toys   Games & Puzzles   Hobby, Models & Trains   Toys Outlet   Kids' Birthdays





Roll over image to zoom in

# Xploderz Night Fighterz Gen-1000 Blaster (Age: 9 years and up)

by [Xploderz Night Fighterz Gen-1000 Blaster](#)

[Be the first to review this item](#)

Price: **$49.40**

**Only 1 left in stock.**
Ships from and sold by **[Kiddie City](#)**.

- Fast-loading action Includes a scope for long-range firing
- Illuminates on command to assist you in the dark
- Uses regular and glow ammo for both your day and night battles
- Great for mid- to long-range battles Xploderz ammo clip holds 75 ready-to-fire tracer rounds that fire up to 95'
- Includes a 500-capacity ammo depot and 1,000 rounds of tracer ammo refills, allowing you to grow your own ammo

**[3 new](#)** from $49.40

[Share](#)

**$49.40** + $8.99 shipping
In Stock. Sold by **Kiddie City**

**or**

[Sign in](#) to turn on 1-Click ordering.

---

**More Buying Choices**

Portlight
$54.38 + $8.99 shipping

Warehouse of Toys, LLC
$59.99 + $8.99 shipping

[3 new](#) from $49.40

Have one to sell?

---

**Find the Perfect Gift for Your Kid**
Join [Amazon Kids' Birthdays](#) to get personalized gift ideas and create a Birthday Gift List that you can share with your Family and Friends. [Learn more](#)

## Customers Viewing This Page May Be Interested in These Sponsored Links ([What's this?](#))

| [Blaster](#) ⧉ | – | Pool Filters, Parts & Accessories. Free Shipping & One-Day Delivery! | www.intheswim.com/Pool_Filters |
|---|---|---|---|
| [Age 9](#) ⧉ | – | Search for **Age** 9. Look **Up** Fast Results now! | www.ask.com/**Age**+9 |
| [Night Blaster up to 70% off](#) ⧉ | – | Save on **Night Blaster**. Find Hot-Deals & Compare Prices! | **night**+**blaster**.sale-hot.com/ |

See a problem with these advertisements? [Let us know](#)

## Frequently Bought Together

Case 1:13-cv-00227-LM Document 1-5 Filed 05/13/13 Page 4 of 4

**Sponsored Content**

kindle fire HD From $199 Shop now

Join Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department | Search All | Night Fighterz | Go | Hello. Sign in Your Account | Join Prime | 0 Cart

# Includes 1 Night Fighterz Gen-1000 With Scope - Night Fighterz Gen -1000

by Xploderz

Be the first to review this item

Price: $78.87

**Only 3 left in stock.**

Ships from and sold by **Portlight**.

**2 new** from $78.87

See larger image and other views

Share your own customer images

Quantity: 1

**$78.87** + $4.49 shipping

In Stock. Sold by **Portlight**

**or**

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**2 new** from $78.87

Have one to sell?

Share

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

| | | | |
|---|---|---|---|
| **AN/PVS-15** | - | PVS 15 **Night** Vision System Military and Federal Discounts | www.gpssignal.com/pvs15.htm |
| **Night Vision Scopes** | - | Quick Release Mounted **Scopes** All Generations and Digital Sights | www.**night**visionetc.com/ |
| **Thermal Image Cameras** | - | Professional Thermal Image Cameras For Home or HVAC Professional | www.precisiontoolsandinstruments.com/th |

See a problem with these advertisements? Let us know

## Customers Who Viewed This Item Also Viewed

Page 1 of 6

Xploderz XGround Pounder 2500
(16)
$59.99

Xploderz XRanger 2000
(48)
$41.99

Xploderz X2 - XGrenades Magazine
$14.99

X2 Retaliator 2000
(18)
$40.77

## Product Details



