Exhibit 7




## XPloderz Night Fighterz 700

Kmart Item# 004W004535347001 | Model# 46510

0 Reviews | | Write a review

$19.99

Sold by Kmart and Fulfilled by Kmart

Follow Price Add to List

Add to Registry

Tweet

**Description** | **Special Offers**

Xploderz blaster you can use day or night. Illuminates on command so you can play at night. Uses regular and glow ammo. Fires up to 85 feet.

Read full description...

**Availability & Rewards**

Earn 200 SHOP YOUR WAY REWARDS[SM] points on this item.

Eligible for SHOP YOUR WAY MAX. Join & Save

Special pricing for , and Puerto Rico

Available for Gift Wrap.

XPloderz Blasters & Foam Toys
XPloderz Boys' Toys
All XPloderz

### Specifications & Dimensions

| | |
|---|---|
| Product Overview: | |
| Batteries Required?: | Required |
| Batteries Included: | Not Included |
| Battery Type: | AAA |
| Gender: | Unisex |
| Characters: | Non Character |
| Assembly Required: | No |
| Recommended Age: | 8+ years |
| Recipient Ages: | 10y, 11y, 12y, 13y, 14y, 15y, 16y, 17y, 18y, Adult |



**Overview** | Ratings & Reviews | Guides & Policies

**Product Description**

Xploderz blaster you can use day or night. Illuminates on command so you can play at night. Uses regular and glow ammo. Fires up to 85 feet.

**This product is:**

**Available for Gift Wrap**

**Added on August 01, 2012**

View All Prices

LOW PRICES FROM AROUND THE WEB

amazon.com merchant $11.50+ S/H | amazon.com $22.10+ FREE S/H | ebay $17.49+ $7.07 S/H

See all prices

*by WebSearch+*

Case 1:13-cv-00227-LM Document 1-7 Filed 05/13/13 Page 2 of 3

# Maya Group Ammo Night Fighterz Gen -700

Sears Item# SPM6412205403 | Model# may46510

0 Reviews | | Write a review

**$24.99**

**Marketplace Item** | **learn more**

Sold by TOYSCAMP INC and Fulfilled by TOYSCAMP INC

Also sold by 1 other seller starting from **$58.57**

Follow Price Save to List

Add to Registry

Tweet

**Description** | **More Sellers**

More ammo and more distance, Xploderz creates ammo strong enough to shoot huge distances, yet soft enough to disintegrate on impact. The Night Fighterz Gen-700 is the Xploderz blaster you can use at night illuminating on command so you can play in the dark. The Gen-1000 uses regular and glow ammo, allowing for day or night combat. Ideal for mid to long-range combat, the Gen-700 fires up to 85 feet. Also contains an Xploderz ammo clip with 75 ready-to-fire rounds, so the fun starts right out of the box! Includes 1 Night Fighterz Gen-700 1 Xploderz ammo clip 1 Mini Ammo Depot (250 round capacity) 700 rounds of Night Fighterz tracer ammo Compatible with Xploderz and Night Fighterz ammo

Read full description...

**Availability & Rewards**

Earn 250 SHOP YOUR WAY REWARDS[SM] points on this item.

Special pricing for , and Puerto Rico

**Overview** | **Ratings & Reviews** | **Also Available From**

**Product Description**

More ammo and more distance, Xploderz creates ammo strong enough to shoot huge distances, yet soft enough to disintegrate on impact. The Night Fighterz Gen-700 is the Xploderz blaster you can use at night illuminating on command so you can play in the dark. The Gen-1000 uses regular and glow ammo, allowing for day or night combat. Ideal for mid to long-range combat, the Gen-700 fires up to 85 feet. Also contains an Xploderz ammo clip with 75 ready-to-fire rounds, so the fun starts right out of the box! Includes 1 Night Fighterz Gen-700 1 Xploderz ammo clip 1 Mini Ammo Depot (250 round capacity) 700 rounds of Night Fighterz tracer ammo Compatible with Xploderz and Night Fighterz ammo

**Added on October 25, 2012**

View All Prices

LOW PRICES FROM AROUND THE WEB




by WebSearch+

Case 1:13-cv-00227-LM Document 1-7 Filed 05/13/13 Page 3 of 3

# Maya Group Ammo Night Fighterz Gen -1000

Sears Item# SPM6412205503 | Model# may46520

0 Reviews | | Write a review





**$39.99**

**Marketplace Item** | **learn more**

Sold by TOYSCAMP INC and Fulfilled by TOYSCAMP INC

Also sold by 1 other seller starting from **$79.47**

Follow Price | Save to List

Add to Registry

Tweet

**Description** | **More Sellers**

More ammo and more distance, Xploderz creates ammo strong enough to shoot huge distances, yet soft enough to disintegrate on impact. The Night Fighterz Gen-1000 is the Xploderz blaster you can use at night illuminating on command so you can play in the dark. The Gen-1000 uses regular and glow ammo, allowing for day or night combat. Ideal for long-range combat, the Gen-1000 fires up to 95 feet and includes a scope for long range targeting. Also contains an Xploderz ammo clip with 75 ready-to-fire rounds, so the fun starts right out of the box! Use the included Xploderz Ammo Depot to grow up to 500 rounds at a time and reload quickly. Includes 1 Night Fighterz Gen-1000 with scope 1 Xploderz ammo clip 1 Ammo Depot (500 round capacity) 1000 rounds of Night Fighterz tracer ammo Compatible with Xploderz and Night Fighterz ammo

Read full description...

**Availability & Rewards**

Earn 400 SHOP YOUR WAY REWARDS[SM] points on this item.

Special pricing for , and Puerto Rico



**Overview** | **Ratings & Reviews** | **Also Available From**

**Product Description**

More ammo and more distance, Xploderz creates ammo strong enough to shoot huge distances, yet soft enough to disintegrate on impact. The Night Fighterz Gen-1000 is the Xploderz blaster you can use at night illuminating on command so you can play in the dark. The Gen-1000 uses regular and glow ammo, allowing for day or night combat. Ideal for long-range combat, the Gen-1000 fires up to 95 feet and includes a scope for long range targeting. Also contains an Xploderz ammo clip with 75 ready-to-fire rounds, so the fun starts right out of the box! Use the included Xploderz Ammo Depot to grow up to 500 rounds at a time and reload quickly. Includes 1 Night Fighterz Gen-1000 with scope 1 Xploderz ammo clip 1 Ammo Depot (500 round capacity) 1000 rounds of Night Fighterz tracer ammo Compatible with Xploderz and Night Fighterz ammo

**Added on October 25, 2012**

View All Prices

LOW PRICES FROM AROUND THE WEB

Rakuten Buy.com $39.99+ $6.29 S/H

ebay New/Used Prices

*by WebSearch+*