

Case 1:13-cv-00227-LM   Document 1-8   Filed 05/13/13   Page 1 of 2

Exhibit 8

