# Aquilla
## Patents & Marks PLLC

■ info@aquillapatents.com ■ 221 Coe Hill Road, Center Harbor, NH 03226 ■ +1 (603) 253-9474 ■

March 6, 2013

**BY U.S. EXPRESS MAIL**

Oded Ben Ezer
The Maya Group, Inc
19823 Hamilton Ave.
Torrance, CA 90502

Re:   U.S. Patent No. 5,415,151 License Offer
      For:  "PHOSPHOR-CONTAINING PROJECTILE AND LAUNCHER
             THEREFOR"
      Our Docket No.:  JRA-701L

Dear Mr. Oded Ben Ezer:

Please allow me to introduce myself.  My firm represents JCF Research Associates, Inc. ("JRA") as its intellectual property counsel.  JRA is the assignee of record of U.S. Patent No. 5,415,151 ("the '151 patent", copy enclosed), which remains in force until September 20, 2013.  I am contacting your company to offer a license under the '151 patent.

The Maya Group, Inc. needs a license to the '151 patent in conjunction with its line of toy guns, such as its "Xploderz Night Fighterz" series (*e.g.*, models GEN-700 and GEN-1000), that clearly embody all of the elements of several of the claims in the '151 patent.  JRA is willing to offer a non-exclusive license to Maya in exchange for a 5% royalty (standard in the industry) on all sales, beginning from Maya's commencement of sales through the expiration of the patent.  JRA believes that such an arrangement would be mutually beneficial.  Please review the attached patent and contact me at your earliest convenience to discuss the proposed licensing arrangement.

Sincerely,

*Thomas T. Aquilla*

Thomas T. Aquilla, Esq.

TTA/ns
Enclosure:  U.S. Pat. No. 5,415,151
cc:  JCF Research Associates, Inc.