# Aquilla
## Patents & Marks PLLC

✶ info@aquillapatents.com ✶ 221 Coe Hill Road, Center Harbor, NH 03226 ✶ +1 (603) 253-9474 ✶

April 10, 2013

**BY U.S. EXPRESS MAIL**

David J. Schwartz, General Counsel and EVP
Toys"R"Us
One Geoffrey Way
Wayne, NJ 07470-2030

    Re:    U.S. Patent No. 5,415,151 License Offer
            For:  "PHOSPHOR-CONTAINING PROJECTILE AND LAUNCHER
                  THEREFOR"
**Our Docket No.:  JRA-701L**

Dear Mr. Schwartz:

    My firm represents JCF Research Associates, Inc. ("JRA") as its intellectual property counsel.  JRA is the assignee of record of U.S. Patent No. 5,415,151 ("the '151 patent", copy enclosed), which remains in force until September 20, 2013.  I am contacting your company to offer a license under the '151 patent.

    **Please forward this letter to your attorneys immediately.**

    Toys"R"Us needs a license to the '151 patent in conjunction with certain toy guns it sells, such as the "Xploderz Night Fighterz" series (*e.g.*, models GEN-700 and GEN-1000), that clearly embody all of the elements of several of the claims in the '151 patent.  JRA is willing to offer a non-exclusive license to Toys"R"Us in exchange for a 5% royalty (standard in the industry) on all sales, beginning from Toys"R"Us's commencement of sales through the expiration of the patent.  JRA believes that such an arrangement would be mutually beneficial.  Please review the attached patent and contact me at your earliest convenience to discuss the proposed licensing arrangement.

    We have already contacted Maya Group, Inc. to discuss a licensing arrangement with them. However, because your company sells products encompassed by the patent claims, we believe you should be informed about the patent and the need for a license.

    Please contact me at your earliest convenience to discuss this matter.

                                                   Sincerely,

                                                   Thomas T. Aquilla, Esq.

TTA/ns
Enclosure:  copy of U.S. Pat. No. 5,415,151