**From:** "Murphy, Michelle" <murphymi@amazon.com>
**Date:** Tuesday, April 16, 2013 6:17 PM
**To:** Aquilla Patents & Marks PLLC <info@aquillapatents.com>
**Cc:** patents <patents@amazon.com>
**Subject:** JCF Research Associates, Inc. and USPN 5,415,151

Dear Sir or Madam,

We are in receipt of you letter dated April 10, 2013 regarding JCF Research Associates, Inc. and USPN 5,415,151. Please direct all future correspondence regarding this matter to my attention.

As Amazon respects the valid intellectual property rights of others, we have begun an investigation into this matter. Upon completion, we will respond to your letter.

Sincerely,

*Michelle Murphy on behalf of*
Scott Sanford
Senior Corporate Counsel, Patents

Michelle Murphy  |  Patent Paralegal  |  Amazon
E:patents@amazon.com