UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JCF Research Associates, Inc.
_____
Plaintiff(s)

1:13-cv-00227-LM
Civil Case No. and Judge's Initials

v.

The Maya Group, Inc. et al.
_____
Defendant(s)

**DISCLOSURE STATEMENT**
**LOCAL RULE 7.5**

[This form is to be completed and filed only by parties that are nongovernmental corporations, partnerships, or limited liability companies.  Check the appropriate box(es).]

☐ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

☐ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

☐ The filing party identifies the following publicly held corporations with which a merger agreement exists:

☑ The filing party has none of the above.

                                                Respectfully Submitted,
                                                JCF Research Associates, Inc.

Date:

                                                /s/Thomas T. Aquilla
                                                Thomas T. Aquilla
                                                18693

                                                Aquilla Patents & Marks PLLC
                                                221 Coe Hill Road
                                                Center Harbor, NH, 03226
                                                (603) 253-9474
                                                docket@aquillapatents.com

## CERTIFICATE OF SERVICE

     I hereby certify that this Disclosure Statement was served on the following persons on this date and in the manner specified herein:

    Electronically Served Through ECF: [Names of Filing Users]

    Conventionally Served: [Name and Address of Non-Filing Users]

Lawrence R. LaPorte, Counsel for The Maya Group, Inc.
Dickstein Shapiro LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

May 22, 2013                                          /s/Thomas T. Aquilla
_____         _____
Date                                                   /s/Signature